IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01947-REB-MEH

KIMBERLY S. SMITH,

      Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service, and
JIM DAMM, United States Postal Service Injury Compensation Specialist, in his individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2009.**

      The Joint Motion for Leave to File, Out of Time, a Motion for Extension of Time [filed November 5, 2009; docket #14] is **granted** as follows: Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before **November 19, 2009**.